**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| DIAMICS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>MOLECULAR DIAGNOSTICS, INC.,<br><br>      Defendant. | Case No. C 05-02549 SI<br><br>**[~~PROPOSED~~] ORDER GRANTING DIAMICS, INC.'S ADMINISTRATIVE MOTION TO VACATE RELATED CASE ORDER** |

Plaintiff Diamics, Inc. ("Diamics") has come before the Court with an Administrative Motion to Vacate Related Case Order [Document 30]. Having considered the motion, the Court **FINDS AND ORDERS THAT**:

The Related Case Order [Document 30] entered today is hereby vacated.

Dated: _____, 2005      By: _____

                                    Honorable Susan Illston
                                    United States District Court

*IT IS SO ORDERED*

*Susan Illston*

Judge Susan Illston

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA