1  GEORGE A. YUHAS (STATE BAR NO. 78678)
   EMILY R. EPSTEIN (STATE BAR NO. 215654)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:    415-773-5700
   Facsimile:    415-773-5759
5
   Attorneys for Defendant E-BAY, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRUCE KAISER,                                   | Case No. 05-04284 BZ
12 |               Plaintiff,                        | **STIPULATION EXTENDING DEFENDANT E-BAY, INC., LONG TERM DISABILITY PLAN'S TIME TO ANSWER OR OTHERWISE RESPOND**
13 |         v.                                      |
14 | STANDARD INSURANCE COMPANY, as Administrator and Fiduciary of the E-Bay, Long Term Disability Plan and THE E-BAY, INC., LONG TERM DISABILITY PLAN, |
15 |                                                 |
16 |                                                 | ORDER
17 |               Defendant.                        |

18         IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective undersigned attorneys, that Defendant E-Bay, Inc., Long Term Disability Plan, may

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  have an additional 21 days, to and including January 24, 2005, within which to answer, move or
2  otherwise respond to the complaint herein.

3
4  Dated: January 4, 2006

SCOTT KALKIN
Roboostoff & Kalkin

5
6

_____
Scott Kalkin
Attorney for Plaintiff
Bruce Kaiser

7

8  Dated: January 4, 2006

GEORGE A. YUHAS
EMILY R. EPSTEIN
Orrick, Herrington & Sutcliffe LLP

9
10
11

_____
Emily Epstein
Attorneys for Defendant
E-BAY, Inc.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GRANTED**
Judge Samuel Conti
1/6/06
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCSSF1:859972.1

- 2 -