```
1   ANDREW M. ALTSCHUL (State Bar No. 226008)
    ALTSCHUL LAW OFFICE, PC
2   117 SW Taylor Street, Suite 200
    Portland, Oregon 97204
3   Telephone: 503.417.0444
    Facsimile:  503.417.0501
4   E-mail: andrew@portlandemploymentlaw.com

5       Attorney for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KAISER,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, and THE E-BAY, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. CV 05-4284 SC<br><br>**THE E-BAY, INC. LONG TERM DISABILITY PLAN'S NOTICE OF SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE THAT Defendant E-Bay, Inc. Long Term Disability Plan substitutes Andrew M. Altschul (#226008), Altschul Law Office, PC, 117 SW Taylor St., Ste. 200, Portland, Oregon 97204, as its counsel of record for this action in place of George A. Yuhas (#78678) and Emily R. Epstein (#215654) of Orrick, Herrington & Sutcliffe, LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105.

This substitution is accepted by both incoming and outgoing attorneys.

DATED: January __, 2006     ALTSCHUL LAW OFFICE, PC

/s/Andrew Altschul
Andrew M. Altschul (#226008)
Attorney for Defendants

DATED: January 23, 2006     ORRICK, HERRINGTON & SUTCLIFFE LLP

*Emily Epstein*
Emily R. Epstein
(outgoing) attorney for Defendant E-Bay, Inc.

Dated: JANUARY 23, 2006    [signature]
[TITLE]
The E-Bay Long Term Disability Plan

It is so ordered.

Dated: 1/25/06    [signature]
Judge Samuel Conti

-2-

THE E-BAY LONG TERM DISABILITY PLAN'S NOTICE OF SUBSTITUTION OF ATTORNEY