Scott Kalkin, State Bar No. 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Bruce Kaiser

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KAISER,<br><br>                    Plaintiff,<br>v.<br><br>STANDARD INSURANCE COMPANY, as Administrator and Fiduciary of the E-Bay, Inc., Long Term Disability Plan and THE E-BAY, INC., LONG TERM DISABILITY PLAN,<br><br>                    Defendants. | ACTION NO: C 05-4284 SC<br><br>**STIPULATION AND ORDER** |

The parties in this matter, through their respective counsel, stipulate as follows and make the following requests of the Court:

1. This is an ERISA case involving the denial of long-term disability benefits.

2. This matter can be resolved upon cross-motions for summary judgment. Thus, no trial or pre-trial conference is necessary.

---

STIPULATION AND ORDER
ACTION NO: C 05-4284 SC

1

3. The parties request that the Court vacate the November 17, 2006, pre-trial conference and the November 20, 2006, trial dates.

4. The parties request that their cross-motions for summary judgment be heard by the Court on November 17, 2006, at 10:00 a.m., with all briefing filed in accordance with Civil Local Rule Rules 7 and 56.

**ROBOOSTOFF & KALKIN**

Dated: August 3, 2006        By: /s/
                                  Scott Kalkin
                                  Attorneys for plaintiff

**ALTSCHUL LAW OFFICE**

Dated: August 3, 2006        By: /s/
                                  Andrew M. Altschul
                                  Attorneys for defendants Standard Life Insurance and the E-bay, Inc., Long Term Disability Plan

IT IS SO ORDERED.

Dated: August 4, 2006

Judge [signature] Samuel Conti, U.S. District Court
Judge Samuel Conti

STIPULATION AND ORDER
ACTION NO: C 05-4284 SC

2